James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Antonio Vozzolo
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, New York 10017
(212) 983-9330

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL KLEMBALLA, individually and on behalf of all others similary situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TELEBRANDS CORPORATION and HOME DEPOT U.S.A., INC.,<br><br>　　　　　　　　Defendants. | Civil Action No. 2:14-cv-1245-WJM-MF<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action without prejudice.

　　　　　　　　　　　　　　　　CARELLA, BYRNE, CECCHI,
　　　　　　　　　　　　　　　　OLSTEIN, BRODY & AGNELLO, P.C.
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: August 18, 2014　　　　By:　　/s/ James E. Cecchi
　　　　　　　　　　　　　　　　　　JAMES E. CECCHI